UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREA JOHNSON,<br><br>                  Plaintiff,<br>    v.<br><br>BRIAN BARNES, et al.,<br><br>                  Defendants. | CASE NO. C17-5927 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO APPEAL *IN FORMA PAUPERIS* |

This matter comes before the Court on the Court's request for a response regarding service of the remaining defendants, Dkt. 73, Plaintiff Andrea Johnson's ("Johnson") responses, Dkts. 74–75, and Johnson's motions for leave to appeal *in forma pauperis*. Dkts. 77–78.

On August 30, 2018, the Court granted Defendant's motion to dismiss and requested a response from Johnson regarding service of the remaining named Defendants. Dkt. 73. On September 17 and 23, 2018, Johnson responded and failed to address the Court's concerns. Dkts. 74–75. Therefore, the Court dismisses Johnson's remaining claims without prejudice for failing to properly serve defendants almost a year after filing

her original complaint.  The Clerk shall enter a **JUDGMENT** in favor of Defendants Brian Barnes, Marc Christenson, Mike DeWitt, Hon Jonathon Lack, and Kimberly Reid dismissing Johnson's claims with prejudice and in favor of Shelley Brandt, Margaret Brost, and Melissa Denton dismissing Johnson's claims without prejudice.

On September 29, 2018, Johnson filed two notices of appeal and two motions to appeal *in forma pauperis*.  Dkts. 76–79.  The Court finds that Johnson has failed to identify any debatable issue that should proceed to appeal.  Therefore, the Court denies Johnson's motions.  Johnson, however, should be informed that she may move the Ninth Circuit Court of Appeals for permission to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

Dated this 11th day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge